# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2020

## NO. 03-20-00094-CR

**Joseph Weber, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH**

This is an appeal from the dismissal of a postconviction application for a writ of habeas corpus entered by the Court of Criminal Appeals. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.